IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Dion Edward Riddle
288058
)
Full name and prison number
of plaintiff(s)

v.

Alabama Dept. of Corr, Corr.
external officers Sgt mr. Dewson
Ms. Curtis King, mr. Cpt
Charles Mckee, ms. Getz.
Hudson, mr Franklin
)
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:19-CV-783-WHA
(To be supplied by Clerk of
U.S. District Court)

**Demand for Jury Trial**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT ~~[scribbled out]~~ (Fountain Correctional Facility)

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Red Eagle Hon: Farm And Elmore Corr; fac

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                    ADDRESS

1. MR. Sgt Deason (Red eagle Hon' farm) — Employed @ Elmore County montgomery county or State Trooper post
2. MR. Curtis King (Red Egeal Hon' farm) montgomery, AL
3. MR. Franklin (Red Egeal Hon' farm) montgomery, AL
4. MR. Sgt Charles McKee (Elmore Corr; fac) Elmore, AL
5. MS. Sgt LaTreshia Hudson (Elmore Corr fac) Elmore, AL
6. AlA. Department of Corrections (montgomery), AL

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-29-18 (around about between 9:00 A.m - 2:00 p.m) @ Red eagle Hon' farm

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was assulted by Two Correctional officers while In A.D.O.C. Custody

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Pleas See Attached "Statement of facts" @ or Around about 9:00 Am - 2:00 pm. I was Excorted to the Back-Gate @ Red Eagle Hon' farm AND was Assolted By Corr' C. King And Sgt Deason,

GROUND TWO: I was Refused medical treatment

SUPPORTING FACTS: After being assolted I was denied medical treatment By corr; officer franklin (while @ the Red Eagle Hon' farm) herein I Received In Injury that could Be a life long Issue causeing me mental Issues along with psytical Issues

GROUND THREE: I was denied I feel for a full Investigation, herein Information was withheld.

SUPPORTING FACTS: Capt' McKee And Sgt: L Hudson withheld calling I & I to Investigate my matter only to find out that one of the Two of these person use to work for Him If not Both. he withheld such Information knowing I was Assolted.

3

## VI. STATE BRIEFLY WHAT YOU WANT THE COURT TO DO FOR YOU.
## MAKE NO LEGAL ARGUMENT. CITE NO CASE OR STATUTES.

I Would like for said court's or a jury to award me in the amount of Twenty Thousand dollers 20.000.00 and zero cent's, court cost, and tax, from each defendant'[s] that violated any binding vested rights giving by virtue of the Fourteenth Amendment, federal law's and the United States Constitution due process of law, to plaintiff, from the defendant'[s] employed by Alabama Department of Corrcetions, in which violated there operation proceedures (o.p.).

Administration rule (A.R.) or any other policies within such that is govern by the United States Counstutions Fourteenth Amendment due process of law. And ask that said courts to seek resinations and conviction'[s] as deemed, due to me for receving ~~injuries~~ INJURIES in fact and law from the defendant'[s] herewithin that committed any illicit act deemed by said court's and or jury findings in which I demand jury trial of the matters.


Respectfully submitted, Defendant proceeding informa pauperis exparte, pro se
Dion Edward Riddle A.I.S # 288058 _____


### CERTIFICATE OF SERVICE

I, Dion Edward Riddle A.I.S # 288058, do hereby certify under the penalty of perjury that the foregoing if true and correct service upon the Middle District Court For The Middle District Of Alabama Clerk Montgomery County by US mail, postage paid this executed on this day of oct, 8th 2019.

Dion Edward Riddle A.I.S # 288058,
Loxley Community Work Center
P.O. Box 1030
Loxley, Alabama 36551

#4

cal E. Riddle / E.K. fourthan Corr; fac:)
358- E-10-B
. Box 3800
~~[scribbled out]~~
moRE, AL 36503



To: THE U.S. Dist, Court MIddlE District of
Alabama / U.S. CourtHouse Complex
Attd?: mr. Frank m. JohNSoN JR., Clerk
1 Church street, STE # B-110 / P.O. Box 711
Montgomery, AL 36104 - 0711

