IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DION EDWARD RIDDLE, ) <br> AIS #288058, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALABAMA DEPARTMENT ) <br> OF CORRECTIONS, *et al.*, ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 2:19-CV-783-MHT-CSC |

## ANSWER

COME NOW Defendants, Alabama Department of Corrections ("ADOC"), Captain Charles McKee, (former) Sgt. Latreshia Hudson, (former) Sgt. Cody Deason, Officer Curtis King, and Officer Craig Franklin, through undersigned counsel, and respond to the Plaintiff's Complaint as follows:

1. Defendants deny each and every material allegation asserted in the Complaint and demand strict proof thereof.

2. Defendants deny violating Plaintiff's constitutional rights and demand strict proof thereof.

3. Plaintiff's complaint fails to state any claim upon which relief can be granted against the Defendants and/or any one of the Defendants.

4. Plaintiff has failed to allege facts sufficient to support an excessive force claim against the Defendants and/or any one of the Defendants.

5. Plaintiff has failed to allege facts sufficient to support a deliberate indifference claim against the Defendants and/or any one of the Defendants.

6. Plaintiff has failed to sufficiently plead any issues with particularity against the Defendants and/or any one of the Defendants.

7. This Court lacks jurisdiction, as the Defendants are immune from suit.

8. Defendants named in their official capacities are immune by virtue of sovereign immunity and Eleventh Amendment immunity.

9. Defendants assert that they are each entitled to absolute immunity under the Sovereign Immunity provision of the Alabama Constitution.

10. Defendants are each immune from liability based on State-agent immunity and/or discretionary function immunity.

11. Defendants assert that they are each absolutely immune from suit under the Eleventh Amendment to the Constitution.

12. Defendants also assert they are each immune based on Qualified Immunity.

13. Defendants deny that the Plaintiff is entitled to damages or any other relief requested and demand strict proof thereof.

14. Defendants are not guilty of the things and matters alleged in Plaintiff's Complaint.

15. The Plaintiff has failed to mitigate his damages.

16. Defendants cannot be held liable under the theory of respondeat superior.

17. Plaintiff is generally not entitled to be awarded punitive damages relating to any claims against the Defendants.

18. Any award of punitive damages in this case against the Defendants would violate their constitutional rights under the United States and Alabama Constitution.

19. Plaintiff is not entitled to punitive damages because the Defendants did not engage in any conduct with malice or reckless indifference to the Plaintiff's alleged federally protected rights.

20. Defendants assert that the Plaintiff's claims for compensatory and punitive damages are limited by the statutory caps set forth in 42 U.S.C. § 1981a.

21. Plaintiff has failed to allege a failure to protect claim.

22. Defendants reserve the right to assert additional defenses as discovery progresses.

Defendants request that this Court consider the Defendants' Special Report filed contemporaneously herewith as a Motion for Summary Judgment as the parties have submitted affidavits in support of their positions and there are no material disputes of fact.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL


*/s/ Mary Goldthwaite*
Mary Goldthwaite
Assistant Attorney General
Attorney for Defendants

ADDRESS OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Mary.Goldthwaite@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this March 5, 2020, electronically filed the foregoing Answer with the Clerk of Court using the CM/ECF system. I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

Dion Edward Riddle
AIS # 288058
Fountain Correctional Facility
9677 AL Highway 21 North
Atmore, Alabama 36502-3800

/s/ *Mary Goldthwaite*
OF COUNSEL