IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DION EDWARD RIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv783-MHT |
| ) | (WO) |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that his constitutional rights were violated when he was assaulted by two correctional officers, another officer failed to intervene and provide access to medical care, and additional officers failed to investigate the alleged used of excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the institutional defendant be dismissed and the remaining defendants' motion for summary judgment be granted. There are no

objections to the recommendation.  After an independent and de novo review of the record, while not agreeing with everything said in the recommendation, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of March, 2023.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**