IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DION EDWARD RIDDLE,          )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )          2:19cv783-MHT
                             )              (WO)
ALABAMA DEPARTMENT OF        )
CORRECTIONS, et al.,         )
                             )
        Defendants.          )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 79) is adopted.

(2) Plaintiff's claims against defendant Alabama Department of Corrections are dismissed with prejudice.

(3) The remaining defendants' motion for summary judgment (Doc. 48) is granted on all claims.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his

complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE